874

RICHARD H. GRANT, JR. *et al.*, Plaintiffs-Appellants, *v.* PAUL OBERSCHNEIDER *et al.*, Defendants-Appellees.

(No. 72-91; ▮▮▮▮▮▮)

Second District—May 25, 1973.

▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

Opinion by Mr. PRESIDING JUSTICE GUILD.

▮▮▮▮▮▮▮▮

Geister, Schnell, Richards & Brown, of Elgin, for appellants.

Selwyn Coleman, of Roselle, for appellees.